# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JUAN RAMIREZ XOLO,
JULIO LOPEZ,
RIGOBERTO GONZALEZ, and
PETRO ALBINAL ALBINAL,

     Plaintiffs,

v.

EL FUEGO, LTD., and
ANDREAS BOURAXIS,

     Defendant.

Case No.12-CV-219-JPS

## ORDER GRANTING CONDITIONAL CLASS CERTIFICATION AND APPROVING COURT-AUTHORIZED NOTICE

IT IS HEREBY ORDERED that:

1. This case is conditionally certified as a collective action under 29 U.S.C. § 216(b) of the Fair Labor Standards Act for purposes of discovery and sending notice to the putative plaintiffs as defined in the Plaintiff's Proposed Notice of Pendency of Lawsuit previously filed as Exhibit A to the parties' Joint Stipulation and Proposed Order for Conditional Class Certification and Court-Authorized Notice.

2. Plaintiff's counsel is authorized to send the Proposed Notices of Pendency of Lawsuit previously filed as Exhibits A and B to the parties' Joint Stipulation and Proposed Order for Conditional Class Certification and Court-Authorized Notice to these putative plaintiffs.

3. Putative plaintiffs shall be permitted to opt-in prior to the end of the opt-in period, forty-five (45) days after mailing of the notice.

4. Within ten (10) days of the date of this Order, Defendants shall produce to the Plaintiff's counsel:

A list, in Microsoft Word format (.doc), identifying the first name, last name, employee ID number, dates of employment, and last known address of all persons who have been employed by El Fuego Ltd., as a busboy or cook, at any time between March 2, 2009 and the present.

5.     This Order shall not alter any other provisions, rights, or deadlines set forth in the Preliminary Pretrial Conference Order issued May 16, 2012.

6.     The parties shall participate in the scheduled July 31, 2012 mediation before Judge Callahan

Dated at Milwaukee, Wisconsin, this 6th day of June, 2012.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

-2-